**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-81091-CIV-SMITH**

STARLIGHT DISTRIBUTION, INC., *et al.*,

     Plaintiffs,

v.

U.S. BANK, N.A., as Trustee for Velocity Commercial
Capital Loan Trust 2022-3, *et al.*,

     Defendants.

_____/

## WRIT OF ASSISTANCE AND ORDER OF EVICTION

Whereas, on August 15, 2025, the Clerk of the United States District Court entered a Confirmation of the Sale held by the U.S. Marshal Service on January 16, 2025 [DE 197], confirming that U.S. Bank was the successful bidder at the sale.

Whereas, on September 29, 2025, the United States Marshal executed a Deed in favor of U.S. Bank, which deed was recorded on October 6, 2025 in Official Records Bool 36043 at Page 1525, of the Public Records of Palm Beach County, Florida.

Whereas, the Final Judgment [DE 132] states that "the successful bidder at the public sale . . . shall be placed in possession by the U.S. Marshal upon the issuance of the Certificate of Title."

Whereas, on October 10, 2025. The Clerk of Court issued the Writ of Possession, and said writ was thereafter delivered to the U.S. Marshal for service and enforcement.

Whereas, Plaintiffs/Counter-Defendants, Starlight Distribution, Inc., Syed Ali Raza, and Iram Hussain Raza, and possibly other unknown persons remain in possession of the subject property located at 17799 Cadena Drive, Boca Raton, Florida 33496, more fully described as:

Lot 26, Block G2, OAKS AT BOCA RATON, PLAT EIGHT, according to the Plat thereof, recorded in Plat Book 103, at Page 115, of the Public Records of Palm Beach County, Florida.

(hereinafter the "Subject Real Property").

Whereas, as current title holder, U.S. Bank is entitled to immediate possession of the subject real property together with all appurtenances, improvements, and attachments thereon. Accordingly, it is

**ORDERED** that:

1.      The United States Marshals Service shall post copies of the Writ of Possession and this Writ of Assistance and Order of Eviction on the subject real property.  All persons occupying the subject real property without permission, including but not limited to Starlight Distribution, Inc., Syed Ali Raza, Iram Hussain Raza, and all others, known or unknown, shall vacate the subject real property within fifteen (15) days of the posting of the Writ of Possession and this Writ of Assistance and Order of Eviction on the subject real property by the United States Marshals Service and shall remove all their personal property, and leave all improvements, buildings, fixtures (including all kitchen appliances, laundry appliances, and air conditioning units, etc.) and appurtenances to the subject real property.

2.      Any personal property remaining at the subject real property after fifteen (15) days of the posting of the Writ of Possession, Writ of Assistance and Order of Eviction on the subject real property shall be considered abandoned and will be disposed of by the United States Marshals Service in accordance with Department of Justice procedures for the disposal of abandoned property and applicable law.

3.      The United States Marshal for the Southern District of Florida, or any of his/her deputies, along with any federal, state, and local law enforcement officers selected by the United

States Marshal to ensure the safety of any person enforcing the Writ of Possession and this Writ of Assistance and Order of Eviction, are hereby authorized to take any and all necessary steps to take possession of the subject real property, including using reasonable force to remove occupants from the premises, breaking open and entering the subject real property, evicting all persons located within the subject real property, and seizing all personal property located within the subject real property after the deadline for removal as set forth herein has expired.

4.      The United States Marshals Service will oversee the occupants' departure from the subject real property.  Any person interfering with anyone acting under the authority of the Writ of Possession and this Writ of Assistance and Order of Eviction shall be in violation of the Court's order or other provisions of law, and is therefore subject to arrest.

**DONE and ORDERED** in Fort Lauderdale, Florida this 11th day of June, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record/pro se parties

3