IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

STARLIGHT DISTRIBUTION, INC., SYED ALI
RAZA and IRMA HUSSAIN RAZA,

        Plaintiffs,

v.

U.S. BANK, N.A., as Trustee for Velocity Capital
Loan Trust 2022-3, Charles Thompson

        Defendant.

Case No. 22-81091-
CIV-SMITH

_____/

U.S. BANK, N.A., as Trustee for Velocity Capital
Loan Trust 2022-3,

        Counter Plaintiff

v.

STARLIGHT DISTRIBUTION, INC, a Florida corporation,
SYED ALI RAZA, IRAM HUSSEIN RAZA, CHARLES
THOMPSON, THE OAKS AT BOCA RATON PROPERTY
OWNER'S ASSOCIATION, INC., a Florida not for profit
corporation f/k/a FOX HILL ESTATES ASSOCIATION, INC.,
and UNKNOWN TENANT(S) IN POSSESSION

        Counter Defendants

_____/

## <u>NOTICE OF FILING AFFIDAVIT OF RONALYN FAJARDO REGARDING CITIZENSHIP OF POSH LENDING, INC. PURSUANT TO DE 251</u>

Counter Plaintiff/ Defendant U.S. Bank, N.A., as Trustee for Velocity Capital Loan Trust 2022-3 hereby files the attached Affidavit of Ronalayn Fajardo regarding Citizenship of Posh Lending pursuant to DE 251, Order of Limited Remand enter by the United States Court of Appeal for the Eleventh Circuit on July 8, 2026.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of same via email to all parties as indicated on the attached service list this 17th day of July, 2026.

SHAPIRO RAMOS, a professional association
Counsel for U.S. Bank N.A., as Trustee for
Velocity Capital Loan Trust 2022-3
19 West Flagler Street, Suite 516
Miami, FL 33130
Telephone: (305) 374-0052/Fax: (305) 374-7320
Email: cmr@shapiroramos.com

*Cynthia M. Ramos*

By:_____

CYNTHIA M. RAMOS
Florida Bar No. 958557

**SERVICE LIST**
**VIA EMAIL**
Steven Miller, Esq.
Counsel for Charles Thompson
4800 N. Federal Highway
Suite 100-D
Boca Raton, FL 33431
sgmatty@aol.com

Brett A. Duker, Esq.
Counsel for The Oaks Association
Sachs Sax Caplan
6111 Broken sound Parkway NW, # 200
Boca Raton, Florida 33487
bduker@ssclawfirm.com

Syed Ali Raza
Iram Hussain Raza
17799 Cadena Drive
Boca Raton FL
aliraza915@gmail.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STARLIGHT DISTRIBUTION, INC., et al.,         CASE NO.: 9:22-cv-81091-RS

      Plaintiffs,

v.,

U.S. BANK, N.A., et al.,

      Defendants.

_____/

## AFFIDAVIT OF RONALYN FAJARDO
## REGARDING CITIZENSHIP OF POSH LENDING, INC.

Before me, this undersigned authority, personally appeared Ronalyn Fajardo of Posh Lending, Inc., who, being known to be and being by me duly sworn, deposes and says as follows:

1. My name is Ronalyn Fajardo. I am older than eighteen (18) years of age. I make this Affidavit based upon my personal knowledge of the information described herein.

2. I am the sole shareholder of Posh Lending, Inc. ("Posh").

3. Posh is incorporated in the State of California with a principal place of business located in San Bernardino County, California.

4. Posh was incorporated in 2020 in California and has maintained its status as a California corporation since that time.

5. Posh's principal place of business has always been located in California.

FURTHER AFFIANT SAYETH NOT.

_____
RONALYN FAJARDO

*Notarization follows on next page*

Page 1 of 2

00073393 v1

The foregoing Affidavit was sworn to and subscribed before me by means of ☐ physical presence or ☐ online notarization, this **16** day of **July**_____, 2026, by Ronalyn Fajardo, who is ☐ personally known to me or ☐ provided the following identification: _____

**HAWAII DRIVERS LICENSE**_____

```
TIMOTHY S. COYLE
COMM. #2427366
Notary Public - California
San Bernardino County
My Comm. Expires Nov. 19, 2026
```

NOTARY PUBLIC, STATE OF CALIFORNIA
(SEAL)

Page 2 of 2