IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

STARLIGHT DISTRIBUTION, INC., SYED ALI
RAZA and IRAM HUSSAIN RAZA,

        Plaintiffs,

v.

U.S. BANK, N.A., as Trustee for Velocity Capital
Loan Trust 2022-3, Charles Thompson

        Defendant.

_____/

Case No. 22-81091-CIV-SMITH

U.S. BANK, N.A., as Trustee for Velocity Capital
Loan Trust 2022-3,

        Counter Plaintiff

v.

STARLIGHT DISTRIBUTION, INC, a Florida corporation,
SYED ALI RAZA, IRAM HUSSEIN RAZA, CHARLES
THOMPSON, THE OAKS AT BOCA RATON PROPERTY
OWNER'S ASSOCIATION, INC., a Florida not for profit
corporation f/k/a FOX HILL ESTATES ASSOCIATION, INC.,
and UNKNOWN TENANT(S) IN POSSESSION

        Counter Defendants

_____/

**U.S. BANK, N.A., as Trustee for Velocity Capital Loan Trust 2022-3's NOTICE OF
FILING RECORDED ORDER ENTERED ON AUGUST 16, 2024, GRANTING
SECURED CREDITOR U.S. BANK'S MOTION FOR RELIEF FROM AUTOMATIC
STAY**

Defendant/Counter Plaintiff/ U.S. Bank, N.A., as Trustee for Velocity Capital Loan

Trust 2022-3 ("U.S. Bank") hereby files the attached Order Granting Secured Creditor U.S. Bank's

Motion for Relief from Automatic Stay entered on August 16, 2024 in Case No. 24-16162 EPK,

United States Bankruptcy Court, Southern District of Florida, Debtor: Syed Ali Raza [DE #41] and recorded under Clerk's File Number 20260271845, Public Records of Palm Beach County, Florida. This recorded order has been filed [DOC 10] in United States Bankruptcy Court, Southern District of Florida, Case No. 26-19690 MAM, *Debtor: Syed Ali Raza* in connection with U.S. Bank's Emergency Motion for Confirmation that Automatic Stay does not Apply [DOC 9].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a copy of same via email to all parties as indicated on the attached service list.

**SHAPIRO RAMOS, a professional association**
Counsel for U.S. Bank N.A., as Trustee for
Velocity Capital Loan Trust 2022-3
19 West Flagler Street, Suite 516
Miami, FL 33130
Telephone: (305) 374-0052/Fax: (305) 374-7320
Email: cmr@shapiroramos.com

*/s/ Cynthia M. Ramos*

By:_____

CYNTHIA M. RAMOS
Florida Bar No. 958557

**SERVICE LIST**
**VIA EMAIL**

Syed Ali Raza
Iram Hussain Raza
Starlight Distribution, Inc.
17799 Cadena Drive
Boca Raton, Florida 33496
Aliraza915@gmail.com

Steven Miller, Esq.
Counsel for Charles Thompson
4800 N. Federal Highway
Suite 100-D
Boca Raton, FL 33431
sgmatty@aol.com

Brett A. Duker, Esq.
Counsel for The Oaks Association
Sachs Sax Caplan
6111 Broken sound Parkway NW, # 200
Boca Raton, Florida 33487
bduker@ssclawfirm.com

Case 24-16162-EPK  Doc 41  Filed 08/16/24  Page 1 of 3

Certified to be a true and correct copy
of the original.
Joseph Falzone, Clerk
U.S. Bankruptcy Court
Southern District of Florida
By: _____
Deputy Clerk
Date: 07/24/2026

CFN 20260271845
OR BK 36683 PG 1822
RECORDED 7/24/2026 11:54 AM
Palm Beach County, Florida
Michael A. Caruso, Clerk
Pgs: 1822 - 1824; (3pgs)



**ORDERED in the Southern District of Florida on August 16, 2024.**



Erik P. Kimball
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

INRE:

SYED ALI RAZA

**CASE NO. 24-16162 EPK**

**CHAPTER 13**

Debtor
_____

## ORDER GRANTING SECURED CREDITOR U.S. BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS CAUSE came on before the Court on August 14, 2024, at 10:30 a.m., on the motion of Secured Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2022-3 ("US Bank") for an order confirming the automatic stay does not apply or alternatively lifting the automatic stay to allow a foreclosure action and sale in United States District Court, Fort Lauderdale Division, Case Number 22-81091-CIV-SMITH in the case styled *Starlight Distribution, Inc., Syed Ali Raza and /ram Hussain Raza v. U.S. Bank, NA., as Trustee, et al.,* to proceed against non-debtor Starlight Distribution, Inc. [ECF No. 16], and the Court hearing

CFN 20260271845
OR BK 36683 PG 1823
Pg: 2 of 3

argument by counsel for the movant Creditor and of the *pro se* debtor Syed Ali Raza upon the premises, it is ORDERED that

1. The motion is granted based upon the Court's finding of cause for lifting the automatic stay.

2. A final judgment of foreclosure has been entered in favor of Secured Creditor U.S. Bank in the United States District Court, Fort Lauderdale Division, Case No. 22-81091-CIV-SMITH concerning the subject real property located at 17799 Cadena Drive, Boca Raton, Florida 33496 which is more particularly described as follows:

   Lot 26, Block G2, OAKS AT BOCA RATON, PLAT EIGHT, according to the Plat thereof, recorded in Plat Book 103 at Page 115, of the Public Records of Palm Beach County, FL

3. The relief granted in this order permits the Creditor to obtain in rem relief against the subject property only and does not permit the Creditor to seek or obtain in personam relief against the Debtor.

4. The Creditor may proceed with the foreclosure sale, judicial auction, possession, and further disposition of the subject property without further order of this Court.

5. Furthermore, pursuant to 11 USC 362 (d)(4)(B), the relief from the automatic stay granted herein shall be binding in any other case filed by any party under this title purporting to affect the above described real property for a period of 2 years after entry of this order.

###

Page 2 of 3

CFN 20260271845
OR BK 36683 PG 1824
Pg: 3 of 3

Case 24-16162-EPK   Doc 41   Filed 08/16/24   Page 3 of 3

Prepared by:   Cynthia M. Ramos, Esq.
Shapiro Ramos, professional association
19 West Flagler Street, Suite 516
Miami, FL 33130
FBN 958557
(305) 374-0052/ Fax: (305)374-7320
cmr@shapiroramos.com

Cynthia Ramos, Esq. is directed to furnish a conformed copy of this Order immediately

upon receipt of same on the parties listed and to file a certificate of service with the Court.

Syed Ali Raza via email to aliraza915@gmail.com, Robin R Weiner, Chapter 13 Trustee, robinweiner@ch13weiner.com, Gerard M. Kouri, Jr., Esq. On behalf of Creditor Santander Consumer USA, Inc., at gmkouripaecf@gmail.com, gmkouri@bellsouth.net, Gavin N. Stewart on behalf of Creditor Capital One Auto Finance, bk@stewartlegalgroup.com

VIA US MAIL:

Ally Financial c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Avenue, Dept APS
Oklahoma City, OK 73118

Capital One Auto Finance
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

Syed Ali Raza
17799 Cadeña D
Boca Raton, FL 6

I hereby certify the foregoing is a true copy of the record in my office with redactions, if any as required by law as of this day, 07/24/2026.
Michael A. Caruso, Clerk of the Circuit Court & Comptroller Palm Bea  t
By: _____ Deputy Clerk

Corey Gregory

