IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STARLIGHT DISTRIBUTION, INC., SYED ALI
RAZA and IRMA HUSSAIN RAZA,

       Plaintiffs,

v.

U.S. BANK, N.A., as Trustee for Velocity Capital
Loan Trust 2022-3

       Defendant.

Case No. 22-81091-
CIV-SMITH

_____/

U.S. BANK, N.A., as Trustee for Velocity Capital
Loan Trust 2022-3,

       Counter Plaintiff,

v.

STARLIGHT DISTRIBUTION, INC, a Florida corporation,
SYED ALI RAZA, IRAM HUSSEIN RAZA, CHARLES
THOMPSON, THE OAKS AT BOCA RATON PROPERTY
OWNER'S ASSOCIATION, INC., a Florida not for profit
corporation f/k/a FOX HILL ESTATES ASSOCIATION, INC.,
and UNKNOWN TENANT(S) IN POSSESSION,

       Counter Defendants

_____/

**<u>NOTICE OF FILING ORDER GRANTING U.S. BANK'S
EMERGENCY MOTION FOR ORDER CONFIRMING THAT
AUTOMATIC STAY IS NOT IN EFFECT ENTERED ON AUGUST
11, 2026 IN U.S. BANKRUPTCY COURT, 26-19690 MAM</u>**

Counter Plaintiff/ Defendant U.S. Bank, N.A., as Trustee for Velocity Capital Loan Trust 2022-3 hereby files the attached Order Granting U.S. Bank's Emergency Motion for Order Confirming that Automatic Stay is not in Effect, entered on August 11, 2026 in U.S. Bankruptcy Court, Southern District of Florida Case Number 26-19690-MAM [DE 43].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of same via email to all parties as indicated on the attached service list this 12th day of August, 2026.

SHAPIRO RAMOS, a professional association
Counsel for U.S. Bank N.A., as Trustee for
Velocity Capital Loan Trust 2022-3
19 West Flagler Street, Suite 516
Miami, FL 33130
Telephone: (305) 374-0052/Fax: (305) 374-7320
Email: cmr@shapiroramos.com

*Cynthia M. Ramos*

By:_____

CYNTHIA M. RAMOS
Florida Bar No. 958557

**SERVICE LIST**
**VIA EMAIL**
Steven Miller, Esq.
Counsel for Charles Thompson
4800 N. Federal Highway
Suite 100-D
Boca Raton, FL 33431
sgmatty@aol.com

Brett A. Duker, Esq.
Counsel for The Oaks Association
Sachs Sax Caplan
6111 Broken sound Parkway NW, # 200
Boca Raton, Florida 33487
bduker@ssclawfirm.com

Syed Ali Raza
Iram Hussain Raza
17799 Cadena Drive
Boca Raton FL
aliraza915@gmail.com