IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STARLIGHT DISTRIBUTION, INC., SYED ALI
RAZA and IRMA HUSSAIN RAZA,

        Plaintiffs,

v.

U.S. BANK, N.A., as Trustee for Velocity Capital
Loan Trust 2022-3

        Defendant.

Case No. 22-81091-CIV-SMITH

_____/

U.S. BANK, N.A., as Trustee for Velocity Capital
Loan Trust 2022-3,

        Counter Plaintiff,

v.

STARLIGHT DISTRIBUTION, INC, a Florida corporation,
SYED ALI RAZA, IRAM HUSSEIN RAZA, CHARLES
THOMPSON, THE OAKS AT BOCA RATON PROPERTY
OWNER'S ASSOCIATION, INC., a Florida not for profit
corporation f/k/a FOX HILL ESTATES ASSOCIATION, INC.,
and UNKNOWN TENANT(S) IN POSSESSION,

        Counter Defendants

_____/

## NOTICE OF FILING ORDER GRANTING U.S. BANK'S EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY IS NOT IN EFFECT ENTERED ON AUGUST 11, 2026 IN U.S. BANKRUPTCY COURT, 26-19690 MAM

Counter Plaintiff/ Defendant U.S. Bank, N.A., as Trustee for Velocity Capital Loan Trust 2022-3 hereby files the attached Order Granting U.S. Bank's Emergency Motion for Order Confirming that Automatic Stay is not in Effect, entered on August 11, 2026 in U.S. Bankruptcy Court, Southern District of Florida Case Number 26-19690-MAM [DE 43].

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of same via email to all parties as indicated on the attached service list this 12th day of August, 2026.

SHAPIRO RAMOS, a professional association
Counsel for U.S. Bank N.A., as Trustee for
Velocity Capital Loan Trust 2022-3
19 West Flagler Street, Suite 516
Miami, FL 33130
Telephone: (305) 374-0052/Fax: (305) 374-7320
Email: cmr@shapiroramos.com

*Cynthia M. Ramos*

By:_____
CYNTHIA M. RAMOS
Florida Bar No. 958557

## SERVICE LIST
## VIA EMAIL

Steven Miller, Esq.
Counsel for Charles Thompson
4800 N. Federal Highway
Suite 100-D
Boca Raton, FL 33431
sgmatty@aol.com

Brett A. Duker, Esq.
Counsel for The Oaks Association
Sachs Sax Caplan
6111 Broken sound Parkway NW, # 200
Boca Raton, Florida 33487
bduker@ssclawfirm.com

Syed Ali Raza
Iram Hussain Raza
17799 Cadena Drive
Boca Raton FL
aliraza915@gmail.com



**ORDERED in the Southern District of Florida on August 10, 2026.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
SYED ALI RAZA

CASE NO. 26-19690 MAM

Debtor

CHAPTER 13

_____/

**ORDER GRANTING U.S. BANK'S EMERGENCY MOTION FOR ORDER
CONFIRMING THAT AUTOMATIC STAY IS NOT IN EFFECT**

THIS CAUSE came on before the Court on August 6, 2026, on the 10:00 a.m. calendar, on

the emergency motion of U.S. Bank National Association as Trustee for Velocity Commercial

Capital Loan Trust 2022-3 ("US Bank") for an order confirming the automatic stay does not apply

[DE#9] such that in rem relief may proceed in the United States District Court, Fort Lauderdale

Division, Case Number 22-81091-CIV-SMITH in the case styled *Starlight Distribution, Inc., Syed

Ali Raza and Iram Hussain Raza v. U.S. Bank, N.A., as Trustee, et al.*

On August 16, 2024, pursuant to 11 USC 362(d), the Court entered the Order Granting

Secured Creditor US Bank's Motion for Relief from Automatic Stay in *In Re: Syed Ali Raza*, Case

No. 24-16162 EPK, DE#41. The referenced Order allowed US Bank to proceed with foreclosure sale, judicial auction, possession and further disposition of the subject property without further order of Court. The Order provided for relief from the automatic stay in any other case filed by any party purporting to affect the above-described real property for a period of two (2) years after entry of the Order.

The Court finds that the Debtor filed the instant bankruptcy on July 23, 2026 where he attempted to resurrect the automatic stay to avoid an eviction scheduled on July 25, 2026.

The Court finds pursuant to 11 USC 362(d) that this latest bankruptcy petition is part of an ongoing pattern to hinder, delay or defraud US Bank.

Based on these findings and the Court hearing argument by counsel for the movant US Bank and the pro se Debtor Syed Ali Raza, it is ORDERED that

1. The motion is Granted.

2. The eviction of all occupants and in rem relief may proceed concerning the subject real property located at 17799 Cadena Drive, Boca Raton, FL 33496 which is more particularly described as follows:

   Lot 26, Block G2, OAKS AT BOCA RATON, PLAT EIGHT, according to the Plat thereof, recorded in Plat Book 103 at Page 115, of the Public Records of Palm Beach County, FL

3. Relief from the automatic stay under the August 16, 2024 Order is extended until October 5, 2026 and the relief granted herein shall be binding in any other case filed by any party purporting to affect the above described real property so that US Bank may proceed with eviction and such other in rem relief as necessary to obtain

possession of the subject real property *without further order of the Court.*

# # #

Prepared by:  Cynthia M. Ramos, Esq.
Shapiro Ramos, professional association
19 West Flagler Street, Suite 516
Miami, FL 33130
FBN 958557
(305) 374-0052/ Fax: (305)374-7320
cmr@shapiroramos.com


Cynthia Ramos, Esq. is directed to furnish a conformed copy of this Order immediately

upon receipt of same on the parties listed and to file a certificate of service with the Court.